# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1378

_____

DOUGLAS DICKEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany Baker-Carper, Judge.

December 23, 2025

PER CURIAM.

The Court dismisses the appeal. Appellant may file a petition seeking belated appeal under Florida Rule of Appellate Procedure 9.141(c).

WINOKUR, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Douglas Dickey, pro se, Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.